UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **XL INDUSTRIAL SERVICES, INC.**<br>703 North Fail Road<br>LaPorte, Indiana 46350,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**LIBERTY TERMINAL AT PENNSAUKEN URBAN RENEWAL LLC f/k/a LIBERTY TERMINAL AT PENNSAUKEN, LLC**<br>2 Westchester Park Drive, Suite 107<br>White Plains, New York 10604,<br><br>　　　　　Defendant. | Civil Action No. 24-cv-06922-KMW-SAK |

## CORPORATE DISCLOSURE STATEMENT

**Pursuant** to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-governmental corporate party, including those seeking to intervene.

The undersigned counsel certifies that Liberty Terminal at Pennsauken Urban Renewal, LLC, f/k/a/ Liberty Terminal at Pennsauken, LLC, is a non-governmental corporation and that:

☐　　This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stocks, are listed here:

_____

_____

**OR**

1

[X]   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/   Eric D. McCullough   (EM 6244)
Signature of Attorney

Waters, McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, New Jersey 07096

Dated: August 12, 2024

2